# EXHIBIT B

Dressler Consulting LLC.

# INVOICE

**Bill To:** Peter Wylie
Rhapsody International, Inc.
1411 4th Ave.
Suite 1200
Seattle, WA 98101

**Project/SOW name:** Napster
**Invoice number:** NP03312023
**Invoice Date:** 2023-03-31
**DUE Date:** 2023-04-30

| | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| March 2023 | Sr. Java Architect/SQL Engineer (Samer Diab ) | 184 | $68 | $12,512.00 |
| | Sr. Java Architect/SQL Engineer (Samer Diab Overtime) | 1 | $102 | $102.00 |
| | Java Architect/SQL Engineer (Haniel Baez ) | 184 | $55 | $10,120.00 |
| | Sr. Node JS (Mohsen Hegazy ) | 184 | $60 | $11,040.00 |
| | Sr.Backend Node.js Developer (Vishesh Garg) | 184 | $170 | $31,280.00 |
| | Sr. GCP (Michael Godspower) | 184 | $60 | $11,040.00 |
| | Sr. GCP (Michael Godspower Overtime) | 64 | $90 | $5,760.00 |
| | Microstrategy (Samson Onikosi) | 168 | $70 | $11,760.00 |
| | Data Engineer (Sidheshwar Pandhare) | 184 | $125 | $23,000.00 |
| December 2022 | Late payment fee (Month 1) | | | $1,634.52 |
| | Late payment fee (Month 2) | | | $1,634.52 |
| January 2023 | Late payment fee (Month 1) | | | $1,762.32 |
| | | | INVOICE TOTAL | $121,645.36 |

**Please send your payment to:**
Dressler Consulting LLC.
1664 De Mott Ct.
Merrick, NY 11566

**Tax ID:** [redacted]7796

**Wiring instructions:**
[redacted]

Dressler Consulting LLC.

# INVOICE

**Bill To:** Peter Wylie
Rhapsody International, Inc.
1411 4th Ave.
Suite 1200
Seattle, WA 98101

**Project/SOW name:** Napster
**Invoice number:** NP04302023
**Invoice Date:** 2023-04-30
**DUE Date:** 2023-05-30

| | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| April 2023 | Sr. Java Architect/SQL Engineer (Samer Diab ) | 160 | $68 | $10,880.00 |
| | Java Architect/SQL Engineer (Haniel Baez ) | 160 | $55 | $8,800.00 |
| | Sr. Node JS (Mohsen Hegazy ) | 160 | $60 | $9,600.00 |
| | Sr.Backend Node.js Developer (Vishesh Garg) | 160 | $170 | $27,200.00 |
| | Sr. GCP (Michael Godspower) | 160 | $60 | $9,600.00 |
| | Sr. GCP (Michael Godspower Overtime) | 80 | $90 | $7,200.00 |
| | Microstrategy (Samson Onikosi) | 160 | $70 | $11,200.00 |
| | Data Engineer (Sidheshwar Pandhare) | 160 | $125 | $20,000.00 |
| January 2023 | Late payment fee (Month 2) | | | $1,762.32 |
| February 2023 | Late payment fee (Month 1) | | | $1,529.40 |
| | | | INVOICE TOTAL | $107,771.72 |

**Please send your payment to:**
Dressler Consulting LLC.
1664 De Mott Ct.
Merrick, NY 11566

**Tax ID:** [redacted]7796

**Wiring instructions:**
[redacted]

Dressler Consulting LLC.

# INVOICE

**Bill To:** Peter Wylie
Rhapsody International, Inc.
1411 4th Ave.
Suite 1200
Seattle, WA 98101

**Project/SOW name:** Napster
**Invoice number:** NP05312023
**Invoice Date:** 2023-05-31
**DUE Date:** 2023-06-30

| | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| May 2023 | Sr. Java Architect/SQL Engineer (Samer Diab ) | 184 | $68 | $12,512.00 |
| | Java Architect/SQL Engineer (Haniel Baez ) | 184 | $55 | $10,120.00 |
| | Sr. Node JS (Mohsen Hegazy ) | 184 | $60 | $11,040.00 |
| | Sr. Node JS (Mohsen Hegazy Overtime) | 6 | $90 | $540.00 |
| | Sr.Backend Node.js Developer (Vishesh Garg) | 184 | $170 | $31,280.00 |
| | Sr. GCP (Michael Godspower) | 184 | $60 | $11,040.00 |
| | Sr. GCP (Michael Godspower Overtime) | 64 | $90 | $5,760.00 |
| | Microstrategy (Samson Onikosi) | 184 | $70 | $12,880.00 |
| | Data Engineer (Sidheshwar Pandhare) | 184 | $125 | $23,000.00 |
| February 2023 | Late payment fee (Month 1) | | | $1,529.40 |
| | Late payment fee (Month 2) | | | $1,529.40 |
| March 2023 | Late payment fee (Month 1) | | | $1,824.68 |
| | | | INVOICE TOTAL | $123,055.48 |

**Please send your payment to:**
Dressler Consulting LLC.
1664 De Mott Ct.
Merrick, NY 11566

**Tax ID:** [redacted]7796

**Wiring instructions:**
[redacted]

Dressler Consulting LLC.

# INVOICE

**Bill To:**
Peter Wylie
Rhapsody International, Inc.
1411 4th Ave.
Suite 1200
Seattle, WA 98101

**Project/SOW name:** Napster
**Invoice number:** NP06302023
**Invoice Date:** 2023-06-30
**DUE Date:** 2023-07-30

| | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| June 2023 | Sr. Java Architect/SQL Engineer (Samer Diab ) | 176 | $74 | $13,024.00 |
| | Java Architect/SQL Engineer (Haniel Baez ) | 176 | $60 | $10,560.00 |
| | Java Architect/SQL Engineer (Haniel Baez Overtime) | 25.3 | $90 | $2,277.00 |
| | Sr. Node JS (Mohsen Hegazy ) | 176 | $60 | $10,560.00 |
| | Sr. Node JS (Mohsen Hegazy Overtime) | 31 | $90 | $2,790.00 |
| | Sr.Backend Node.js Developer (Vishesh Garg) | 176 | $170 | $29,920.00 |
| | Microstrategy (Samson Onikosi) | 176 | $70 | $12,320.00 |
| | Data Engineer (Sidheshwar Pandhare) | 160 | $125 | $20,000.00 |
| March 2023 | Late payment fee (Month 2) | | | $1,824.68 |
| April 2023 | Late payment fee (Month 1) | | | $1,616.58 |
| | | | INVOICE TOTAL | $104,892.26 |

**Please send your payment to:**
Dressler Consulting LLC.
1664 De Mott Ct.
Merrick, NY 11566

**Tax ID:** [redacted]**7796**

**Wiring instructions:**
[redacted]

Dressler Consulting LLC.

# INVOICE

**Bill To:** Peter Wylie
Rhapsody International, Inc.
1411 4th Ave.
Suite 1200
Seattle, WA 98101

**Project/SOW name:** Napster
**Invoice number:** NP07312023
**Invoice Date:** 2023-07-31
**DUE Date:** 2023-08-30

| | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| July 2023 | Sr. Java Architect/SQL Engineer (Samer Diab ) | 168 | $74 | $12,432.00 |
| | Java Architect/SQL Engineer (Haniel Baez ) | 168 | $60 | $10,080.00 |
| | Sr. Node JS (Mohsen Hegazy ) | 168 | $60 | $10,080.00 |
| | Sr. Node JS (Mohsen Hegazy Overtime) | 3 | $90 | $270.00 |
| | Microstrategy (Samson Onikosi) | 168 | $70 | $11,760.00 |
| | Data Engineer (Sidheshwar Pandhare) | 168 | $125 | $21,000.00 |
| March 2023 | Late payment fee (Month 3) | | | $1,824.68 |
| April 2023 | Late payment fee (Month 2) | | | $1,616.58 |
| May 2023 | Late payment fee (Month 1) | | | $1,845.83 |
| | | | INVOICE TOTAL | $70,909.09 |

**Please send your payment to:**
Dressler Consulting LLC.
1664 De Mott Ct.
Merrick, NY 11566

**Tax ID:** [redacted]7796

**Wiring instructions:**
[redacted]

Dressler Consulting LLC.

# INVOICE

**Bill To:**
Peter Wylie
Rhapsody International, Inc.
1411 4th Ave.
Suite 1200
Seattle, WA 98101

**Project/SOW name:** Napster
**Invoice number:** NP08312023
**Invoice Date:** 2023-08-07
**DUE Date:** 2023-09-06

| | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| August 2023 | Sr. Java Architect/SQL Engineer (Samer Diab ) | 32 | $74 | $2,368.00 |
| | Java Architect/SQL Engineer (Haniel Baez ) | 25 | $60 | $1,500.00 |
| | Sr. Node JS (Mohsen Hegazy ) | 34 | $60 | $2,040.00 |
| | Microstrategy (Samson Onikosi) | 32 | $70 | $2,240.00 |
| | Data Engineer (Sidheshwar Pandhare) | 32 | $125 | $4,000.00 |
| | | | INVOICE TOTAL | $12,148.00 |

**Please send your payment to:**
Dressler Consulting LLC.
1664 De Mott Ct.
Merrick, NY 11566

**Tax ID:** [redacted]7796

**Wiring instructions:**
[redacted]