**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 2:26-cv-05137-AYS<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO: BRENNA B. MAHONEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

On behalf of Plaintiff Dressler Consulting, LLC, the undersigned respectfully requests that the default of defendant Rhapsody International, Inc. be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to defend this action as fully appears from the court file herein and from the attached affirmation of Eyal Dror , Esq.

Dated: New York, New York
September 17, 2026

TRIEF OLK & DROR


Eyal Dror
800 Third Avenue, 29th Floor
New York, NY 10022
Tel: (212) 486-6060
Fax: (212) 317-2946
edror@triefandolk.com


*Attorneys for Plaintiff*