**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 2:26-cv-05137-AYS<br><br>**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

EYAL DROR hereby declares as follows:

1. I am a partner at Trief Olk & Dror, counsel for Plaintiff Dressler Consulting, LLC ("Dressler") herein and, as such, am fully familiar with the facts and circumstances regarding this matter.

2. On August 21, 2026, Dressler commenced this action against Rhapsody International, Inc. ("Rhapsody") alleging claims for an account stated and breach of contract. (ECF No. 1).

3. Rhapsody was served with the summons and Complaint on August 26, 2026, by delivery to Rhapsody's registered agent, Corporation Service Company, at 251 Little Falls Drive, Wilmington, Delaware 19808. A copy of the executed summons, as filed to the docket in this action at ECF No. 5, is attached hereto as Exhibit A.

4. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Rhapsody's deadline to answer or otherwise respond to the Complaint was September 16, 2026.

5. Rhapsody has not answered, moved, appeared, or otherwise defended this action, and no extension of its response deadline appears on the docket, as of the date of this Affirmation.

WHEREFORE, Dressler respectfully requests that the default of Rhapsody be noted and that a certificate of default be issued.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 17, 2026

TRIEF OLK & DROR

____________________________
Eyal Dror