# EXHIBIT A

20260826114438



Civil Action No. 2:26-cv-05137-AYS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Rhapsody International, Inc. was received by me on *(date)* Aug 26, 2026, 12:12 pm.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* "Jane Doe", registered agent representative (per agent policy they will no longer provide a name for acceptance). , who is designated by law to accept service of process on behalf of *(name of organization)* Rhapsody International, Inc. on *(date)* Wed, Aug 26 2026 at 1:13 PM ; or
- [ ] I returned the summons unexecuted because: ____________________ ; or
- [ ] Other: ____________________ ; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ _

I declare under penalty of perjury that this information is true.

Date: August 27, 2026

Sharlene Brooks (signature)

*Server's signature*

Sharlene Brooks, Process Server

*Printed name and title*

Guaranteed Subpoena Service , P.O. Box 2248 , Union, NJ 07083

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Complaint; Exhibit A and B; Civil Cover Sheet

1) Successful Attempt: Aug 26, 2026, 1:13 pm EDT at Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 received by "Jane Doe", registered agent representative (per agent policy they will no longer provide a name for acceptance). Age: 34; Ethnicity: Asian American; Gender: Female; Weight: 140; Height: 5'7"; Hair: Black

20260826114438

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| DRESSLER CONSULTING, LLC<br>*Plaintiff(s)*<br>v.<br>RHAPSODY INTERNATIONAL, INC.<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-5137 (AYS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RHAPSODY INTERNATIONAL, INC.
c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eyal Dror
Trief Olk & Dror
800 Third Ave., 29th Fl.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*




Date: 8/24/2026

*Signature of Clerk or Deputy Clerk*