**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 2:26-cv-05137-AYS<br><br>**CERTIFICATE OF DEFAULT** |

I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Rhapsody International, Inc. ("Rhapsody") has failed to appear or defend against this action. The default of Rhapsody is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _________, New York
_________, 2026

BRENNA B. MAHONEY, Clerk of Court

By: ______________________
Deputy Clerk