**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 2:26-cv-5137<br><br>**CERTIFICATE OF SERVICE** |

I, EYAL DROR, certify as follows:

1. I am an attorney with Trief Olk & Dror, counsel for Plaintiff Dressler Consulting, LLC, in this action.

2. On September 18, I caused true and correct copies of Plaintiff's (i) Request for Certificate of Default, (ii) Affirmation in Support of Request for Certificate of Default, including Exhibit A, and (iii) proposed Clerk's Certificate of Default to be served by first-class mail, postage prepaid, upon Defendant Rhapsody International, Inc. at its last known business address:

Rhapsody International, Inc.
1411 4th Avenue, Suite 1200
Seattle, Washington 98101

3. On the same date, I caused a duplicate courtesy copy of the foregoing papers to be served by first-class mail, postage prepaid, upon Rhapsody's registered agent at:

Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 18, 2026

TRIEF OLK & DROR

Eyal Dror