**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.;<br><br>Defendant. | Civil Action No. 2:26-cv-05137-AYS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Lilibet Behdadnia of Pessah Law Group, PC, hereby appears as counsel for RHAPSODY INTERNATIONAL INC. in the above-captioned action.

DATED: September 25, 2026

PESSAH LAW GROUP, PC

*/s/ Lilibet Behdadnia*

Lilibet M. Behdadnia, Esq.
PESSAH LAW GROUP, PC
745 5th Ave., Ste 500
New York, NY 10151-0099
(646) 814-5994
lbehdadnia@pessahgroup.com

Attorneys for Defendant
Rhapsody International Inc.