**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.;<br><br>Defendant. | Civil Action No. 2:26-cv-05137-AYS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE AN AMENDED RESPONSIVE PLEADING** |

Plaintiff Dressler Consulting, LLC ("Dressler") and Defendant Rhapsody International, Inc. ("Rhapsody"), through their undersigned counsel, hereby stipulate as follows:

1. Rhapsody has requested an extension of time to file an amended responsive pleading in this action.

2. The parties agree that Rhapsody's deadline to file its amended responsive pleading is extended from October 16, 2026, to October 30, 2026.

3. This stipulation is limited to the extension stated above and does not otherwise alter the parties' rights, claims, defenses, or positions.

**IT IS SO STIPULATED**.

DATED: October 13, 2026 TRIEF OLK & DROR



Eyal Dror, Esq.
**TRIEF OLK & DROR**
800 Third Avenue, 29th Floor
New York, NY 10022
(212) 486-6060
edror@triefandolk.com

Attorneys for Plaintiff
Dressler Consulting, LLC

**DEEPLAW LLP**
548 Market Street #22
San Francisco, California 94104
Cameron Powell
(*pro hac vice applications forthcoming*)
Co-Counsel for Plaintiff Dressler Consulting, LLC

DATED: October 13, 2026 PESSAH LAW GROUP, PC

*/s/ Lilibet Behdadnia*

Lilibet Behdadnia, Esq.
**PESSAH LAW GROUP, PC**
745 5th Ave., Ste 500
New York, NY 10151-0099
(646) 814-5994
sspector@pessahgroup.com

Attorneys for Defendant
Rhapsody International Inc.

## [PROPOSED] ORDER

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant Rhapsody International, Inc.'s deadline to file an amended responsive pleading is extended to October 30, 2026.

**SO ORDERED**.

Dated: ________________ ______________________________________

HON. GARY R. BROWN
United States District Judge