**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRESSLER CONSULTING, LLC<br><br>Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 2:26-cv-05137-AYS<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, the undersigned counsel for:

RHAPSODY INTERNATIONAL, INC.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervener. If there are no such corporations, the form shall so state.

Rhapsody International Inc. is a wholly owned subsidiary of Napster Music, Inc., a Delaware corporation. Napster Music, Inc. is a wholly owned subsidiary of Napster Holdings, Inc., a Delaware corporation, which is a wholly owned subsidiary of Napster Corporation (formerly known as Infinite Reality, Inc.), a Delaware corporation. No publicly held corporation owns, directly or indirectly, 10% or more of the stock of Rhapsody International Inc.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Rhapsody International Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Boca Raton, Florida.

Accordingly, for purposes of 28 U.S.C. § 1332(c)(1), Rhapsody International Inc. is a citizen of the State of Delaware and the State of Florida.

Rhapsody International Inc. will file a supplemental statement within fourteen (14) days of any change in the information required by this statement, pursuant to Fed. R. Civ. P. 7.1(b)(2) and Local Civil Rule 7.1.1.

DATED: October 19, 2026

PESSAH LAW GROUP, PC

*/s/ Lilibet Behdadnia*

Lilibet M. Behdadnia, Esq.
PESSAH LAW GROUP, PC
745 5th Ave., Ste 500
New York, NY 10151-0099
(646) 814-5994
lbehdadnia@pessahgroup.com

Attorneys for Defendant
Rhapsody International, Inc.